IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3 21 cr 80 |
| Plaintiff, | : | **INDICTMENT** |
| | : | 18 U.S.C. § 922(g)(1) |
| vs. | : | 18 U.S.C. § 924(a)(2) |
| | : | THOMAS M. ROSE |
| DEMARCUS CUNIGAN, | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about February 10, 2021, in the Southern District of Ohio, the defendant, **DEMARCUS CUNIGAN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL

/s/ SIGNED
FOREPERSON

**VIPAL J. PATEL**
**Acting United States Attorney**

*[signature]*
**RYAN A. SAUNDERS**
**Assistant United States Attorney**